Arnold C. Joseph (ACJ-4862)
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-5506

Attorneys for Defendants American International Realty Corp.,
American International Group, Inc., and AIG Realty, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                        :
-----------------------------------------------------------------X
                                        :   07-CV-04446-AKH
GLADYS AGUDELO,                         :
                    Plaintiff,          :
                                        :
    -against-                           :
                                        :
100 CHURCH, LLC, et al.,                :
                                        :
                    Defendants.         :
                                        :
-----------------------------------------------------------------X

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for American International Realty Corp., American International Group, Inc. and AIG Realty, Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held: AIG and Trans Atlantic Holdings, Inc.

Dated: New York
       September 17, 2007

                                      COZEN O'CONNOR

                                    /s/ Arnold C. Joseph
                                  Arnold C. Joseph, Esquire (AC-4862)
                                  COZEN O'CONNOR
                                  45 Broadway Atrium, Suite 1600
                                  New York, New York 10006
                                  (212) 509-9400
                                  Attorneys for Defendants
                                  American International Realty Corp.,
                                  American International Group, Inc.,
                                  and AIG Realty, Inc.