Arnold C. Joseph (ACJ-4862)
COZEN O'CONNOR
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-5506

Attorneys for Defendants American International Realty Corp.,
American International Group, Inc., and AIG Realty, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
                                          :
-----------------------------------------------------------------X
                                          :   07-CV-04446-AKH
GLADYS AGUDELO,                           :
                    Plaintiff,            :
                                          :   NOTICE OF ADOPTION OF
       -against-                          :   ANSWER TO MASTER
                                          :   COMPLAINT
100 CHURCH, LLC, et al.,                  :
                                          :   ELECTRONICALLY FILED
                    Defendants.           :
                                          :
-----------------------------------------------------------------X

PLEASE TAKE NOTICE THAT Defendants, AMERICAN INTERNATIONAL

REALTY CORP., AMERICAN INTERNATIONAL GROUP, INC. and AIG REALTY, INC.

("AIRC"), as and for its responses to the allegations set forth in the Complaint by Adoption

(Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action,

hereby adopts American International Realty Corp., American International Group, Inc. and AIG

Realty, Inc. which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster Site Litigation*, 21 MC 102 (AKH).

Dated: New York
      September 17, 2007

                                      COZEN O'CONNOR

                                      /s/ Arnold C. Joseph
                                      Arnold C. Joseph, Esquire (AC-4862)
                                      COZEN O'CONNOR
                                      45 Broadway Atrium, Suite 1600
                                      New York, New York 10006
                                      (212) 509-9400
                                      Attorneys for Defendants
                                      American International Realty Corp.,
                                      American International Group, Inc.,
                                      and AIG Realty, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of Defendants American International Realty Corp., American International Group, Inc., and AIG Realty, Inc. American International Realty Corp.'s Notice of Adoption of Answer to Master Complaint was served via Regular Mail on the 17th day of September, 2007 upon the following persons:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli
115 Broadway, 12 th Floor
New York, New York 10006

Robert Grochow, Esq.
Robert A Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

and that the document was electronically mailed via the Internet to the following persons:

James E. Tyrell, Esq.
Patton Bogs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

/s/ Arnold C. Joseph
Arnold C. Joseph