UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
GLADYS AGUDELO,                                 :    07-CV-04446-AKH
                                                                 :
                              Plaintiff,        :
                                                                 :    **APPEARANCE**
        - against -                             :
                                                                 :
100 CHURCH, LLC, *et al.*,                      :    **ELECTRONICALLY FILED**
                                                                 :
                              Defendants.       :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       October 3, 2007


                    By:      /s/ Judith R. Cohen
                          _____
                          Judith R. Cohen (JC-8614)
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Phone: (212) 277-6500
                          Fax: (212) 277-6501

                          *Attorney for Defendant*
                          MERRILL LYNCH & CO., INC.


DOCSNY-271283v01