

10/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER<br>DISASTER SITE LITIGATION | 21-MC-102 (AKH)<br><br>**STIPULATION AND**<br>**ORDER OF DISMISSAL** |
| JAIME ROJAS AND JOHANNA HERNANDEZ,<br>v.<br>INDOOR AIR PROFESSIONALS, INC., | This order relates to:<br>07-cv-4511 |
| GLAYDS AGUDELO,<br>v.<br>INDOOR AIR PROFESSIONALS, INC., | 07-cv-4446 |
| JONAS JARAMILLO AND BLANCA ROMELO,<br>v.<br>INDOOR AIR PROFESSIONALS, INC., et al., | 06-cv-14746 |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the actions, the above-entitled actions be, and the same hereby are discontinued without prejudice as against defendant, **INDOOR AIR PROFESSIONALS, INC.** only without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that **INDOOR AIR PROFESSIONALS, INC.** is a proper party to these suits, plaintiffs may reinstitute the action(s) without regard to the applicable statute of limitations, assuming said original action was timely commenced, and in

such instance this defendant shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 26, 2007

| LIPPES MATHIAS WEXLER FRIEDMAN LLP | WORBY GRONER EDELMAN & NAPOLI BERN, LLP |
|---|---|
| By: *[signature]* <br> SHARON M. PORCELLIO (SP1020) <br> Attorneys for Defendant <br> *Indoor Air Professionals, Inc.* <br> 665 Main Streeet, Suite 300 <br> Buffalo, New York 14203-1425 <br> (716) 853-5100 | By *[signature]* <br> CHRISTOPHER R. LOPALO (CL6466) <br> Attorneys for Plaintiff <br> 115 Broadway, 12th Floor <br> New York, New York 10006 <br> (212) 587-0031 |

SO ORDERED: 10-30-07

*[signature]*
HON. ALVIN K. HELLERSTEIN