x:\tc52061\adoption

WILLIAM D. JOYCE, III (WDJ9899)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants STRUCTURE TONE, INC. s/h/a STRUCTURE TONE
(UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
--------------------------------------------------------------------------X
GLADYS AGUDELO,

Plaintiffs,

-against-

100 CHURCH, LLC, AIG REALTY, INC., ALAN
KASMAN DBA KASCO, AMBIENT GROUP, INC.,
AMERICAN INTERNATIONAL GROUP, INC.,
AMERICAN INTERNATIONAL REALTY CORP.,
ANN TAYLOR STORES CORPORATION, BANKERS
TRUST COMPANY, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., BT PRIVATE CLIENTS CORP.,
CUNNINGHAM DUCT CLEANING CO., INC.,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, ENVIROTECH
CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC, INDOOR AIR
PROFESSIONALS GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., JACK
RESNICK & SONS INC., KASCO RESTORATION
SERVICES CO., KENYON & KENYON, LAW

**NOTICE OF
ADOPTION**

**07 CV 4446**

ENGINEERING P.C., LOGANY LLC, MERRILL
LYNCH & CO, INC., NEW YORK UNIVERSITY,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ONE
BROADWAY, LLC, RESNICK 75 PARK PLACE LLC,
ROYAL AND SUNALLIANCE INSURANCE GROUP,
PLC, STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., THAMES REALTY
CO, THE BANK OF NEW YORK TRUST COMPANY
NA, TISHMAN INTERIORS CORPORATION,
TOSCORP INC., TRC ENGINEERS, INC., TULLY
CONSTRUCTION CO., INC., TULLY INDUSTRIES,
INC., US GOVERNMENT, VERIZON NEW YORK,
INC., WARWICK & CO., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B
HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP
TOWER D CO. G.P. CORP., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER D HOLDING CO.
II L.P., WFP TOWER D HOLDING I G.P. CORP., WFP
TOWER D. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL.,

Defendants.

---------------------------------------------------------------------------X

PLEASE TAKE NOTICE that defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE  (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC. (hereinafter "STRUCTURE TONE"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master

Complaint filed in the above-referenced action, hereby adopts STRUCTURE TONE's

Answer to the Master Complaint dated July 30, 2007, which was filed in the matter of *In

Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that STRUCTURE TONE's Answer to the Master Complaint does

not comprehensively address any of the specific allegations within the Check-Off

Complaint in the above-captioned matter, STRUCTURE TONE denies knowledge or

information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK),

INC. and STRUCTURE TONE GLOBAL SERVICES, INC., demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      November 23, 2007

                                                                            WILLIAM D. JOYCE, III (WDJ 9899)
                                                                            BARRY, McTIERNAN & MOORE
    Attorneys for Defendants
    STRUCTURE TONE, INC. s/h/a
    STRUCTURE TONE (UK), INC. and
    STRUCTURE TONE GLOBAL SERVICES, INC.
    2 Rector Street – 14th Floor
    New York, New York  10006
    (212) 313-3600