KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER            21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------x
GLADYS AGUDELO,                              DOCKET NO:
                                             07 CV 4446
                  Plaintiffs,

   -against-

100 CHURCH, LLC, AIG REALTY, INC., ALAN
KASMAN DBA KASCO., AMBIENT GROUP, INC.,
AMERICAN INTERNATIONAL GROUP, INC.,
AMERICAN INTERNATIONAL REALTY CORP.,
ANN TAYLOR STORES CORPORATION, BANKERS
TRUST COMPANY, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,       NOTICE OF
INC., D/B/A BMS CAT BROOKFIELD FINANCIAL     APPEARANCE
PROPERTIES, INC., BROOKFIELD FINANCIAL
PARTNERS, L.P., BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
 CUNNINGHAM DUCT CLEANING CO., DEUTSCHE
BANK TRUST COMPANY, DEUTSCHE BANK
TRUST COMPANY, DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST CORPORATION,
ENVIRONTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JACK RESNICK & SONS, INC., KASCO
RESTORATION SERVICES CO., KENYON &
KENYON, LAW ENGINEERING, P.C., LOGANY
LLC., MERRILL LYNCH & CO., INC., NEW YORK

UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE BROADWAY, LLC RESNICK 75 PARK PLACE, LLC. ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC, STRUCTURE ONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THAMES REALTY CO., THE BANK OF NEW YORK TRUST COMPANY, N.A., TISHMAN INTERIORS CORPORATION, TOSCORP., INC., TRC ENGINEERS, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC., US GOVERNMENT, VERIZON NEW YORK, INC., WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., L.P., WFP TOWER B CO., LP., WFPTOER D CO., G.P., CORP., WFP TOWER D HOLDING CO., I L.P., WFP TOWER D HOLDING CO. II LP., WFP TOWER D HOLDING I G.P., CORP., WFP TOWER D CO., L.P., AND ZAR REALTY MANAGEMENT CORP., ET AL.

**Defendants.**
......................................................................................x

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this Court.

Dated: New York, New York
January 30, 2008

                Kevin G. Horbatiuk
                Kevin G. Horbatiuk (KGH4977)
                Attorneys for Defendant
                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.**
                RUSSO, KEANE & TONER, LLP
                26 Broadway, 28th Floor
                New York, New York 10004
                (212) 482-0001
                RKT File No. 824.078

TO:  CHRISTOPHER R. LaPOLA, ESQ.,
     WORBY GRONER EDELMAN & NAPOLI BERN, LLP
     Attorney for Plaintiff
     **GLADYS AGUDELO**
     115 Broadway 12th Floor
     New York, New York 10006
     (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of January, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**GLADYS AGUDELO**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**